# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

ANNE MARIE LANKFORD,

    Plaintiff,

vs.                              CASE NO.: _____

HEAVY TRANSPORT, LLC and
ROBERT RENFRO,

    Defendants.
_____/

## DEFENDANTS' NOTICE OF REMOVAL

To: The Judges of the United States District Court
    Middle District of Florida

    Defendants Heavy Transport, LLC ("Heavy Transport") and Robert Renfro ("Renfro") gives Notice of Removal of the case styled *Anne Marie Lankford v. Heavy Transport, LLC and Robert Renfro.,* Case No. 2023-CA-000265-AX, filed in the Circuit Court of the Fifth Judicial Circuit in and for Marion County, Florida. As grounds for this Notice of Removal, Defendants state:

    1.    This is a personal injury claim stemming from an accident alleged to have occurred on January 17, 2021 in Marion County, Florida. Plaintiff filed her Complaint on or about February 15, 2023 in the Fifth Judicial Circuit in and for

Marion County, Florida. A copy of Plaintiff's Complaint is attached as **Exhibit "A."**

2. On February 16, 2023, Heavy Transport was served with the Complaint.

3. On March 9, 2023, Renfro was served with the Complaint.

4. This action is one over which the Court has original jurisdiction pursuant to 28 U.S.C. Section 1332, because the parties are diverse and the amount in controversy is in excess of $75,000.00. See 28 U.S.C. Section 1332(a).

## THE PARTIES ARE DIVERSE.

5. At all times material hereto, Plaintiff was a citizen of, and domiciled in, the state of Florida. Plaintiff's Complaint alleges her place of residence was located in Orange County, Florida. (Com. ¶ 2).

6. At all times material hereto, Heavy Transport was a limited liability company organized and existing under the laws of the State of Tennessee, with its principal place of business in the State of Tennessee.

7. At all times material hereto, Renfro was a citizen of, and domiciled in, the state of Tennessee.

## THE AMOUNT IN CONTROVERSY EXCEEDS $75,000.00.

8. Plaintiff's Complaint states "[t]his is an action for damages that exceeds $50,000.00." (Comp. ¶ 1) It further states Plaintiff alleges her injuries have resulted in "bodily injury including a permanent injury to the body as a whole, pain and suffering of both a physical and mental nature, disability, physical impairment, disfigurement, mental anguish, inconvenience, loss of capacity for the enjoyment of life, aggravation of an existing condition, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money and loss of ability to lead and enjoy a normal life." (Comp. ¶¶ 13,16 & 19)

9. On August 2, 2021, before filing suit, Plaintiff made a settlement demand for $500,000. Attached is a copy of Plaintiff's settlement demand as **Exhibit "B."**

10. Where a plaintiff makes an unspecified demand for damages in state court (here, in excess of $50,000), the Defendant is only required to establish the jurisdictional amount by a preponderance of the evidence standard. *La Rocca v. Stahlheber*, 676 F. Supp. 2d 1347, 1348 (S.D. Fla. 2009) ("Where a plaintiff has not pled a specific amount of damages, the removing defendant must establish the amount of controversy by a preponderance of the evidence.") The inquiry is not the amount a plaintiff is "likely to recover," but rather it is "an estimate of how

much will be put at issue during the litigation." *Dewitte v. Foremost Insurance Company,* 171 F. Supp. 3d 1288, 1290 (M.D. Fla. March 17, 2016) *citing S. Florida Wellness, Inc. v. Allstate Ins. Co.,* 745 F.3d 1312, 1315 (11th Cir. 2014).

11. Because this Court has original jurisdiction over this action pursuant to 28 U.S.C. Section 1332, this case is one that may be removed to this Court pursuant to 28 U.S.C. Section 1441.

12. Pursuant to 28 U.S.C. Section 1446(b), this Notice of Removal has been filed timely and without waiver by Defendants. It has been less than one year since the commencement of this action on February 15, 2023. Further, this Notice of Removal has been filed within 30 days after Defendants became aware of Plaintiff's alleged damages in excess of $75,000.00.

13. Venue properly rests in the Ocala Division of the United States District Court, Middle District of Florida, pursuant to 28 U.S.C. Section 1441(a) and Local Rule 1.04(b), because this action is being removed from the state court where it was originally filed in the Circuit Court of the Fifth Judicial Circuit in and for Marion County, Florida.

14. Defendants will file with the Clerk of the Court for the Fifth Judicial Circuit in and for Marion County, Florida, a Notice of Filing Notice of Removal pursuant to 28 U.S.C. Section 1446(d), and will give written notice thereof to all adverse parties. A copy of said Notice is attached as **Exhibit "C."** In compliance

with 28 U.S.C. Section 1446(a), a copy of the state court docket sheet is attached hereto as **Exhibit "D,"** and a copy of the state court's file is attached hereto as composite **Exhibit "E."**

WHEREFORE, Defendants Heavy Transport, LLC and Robert Renfro respectfully requests this Court to assume jurisdiction of the above-described action now pending in the Circuit Court of the Fifth Judicial Circuit in and for Marion County, Florida, pursuant to 28 U.S.C. Sections 1332, 1441 and 1446.

DATED this 16th day of March, 2023.

Respectfully submitted,

/s/ Madison M. Miller
ROBERT L. BLANK, B.C.S.
Florida Bar No. 0948497
E-mail:  rblanksecy@rumberger.com (primary) and docketingtpa@rumberger.com (secondary)
MADISON M. MILLER, ESQ.
Florida Bar No. 1024812
E-mail:  mmiller@rumberger.com (primary) and mmillersecy@rumberger.com (secondary)
RUMBERGER, KIRK & CALDWELL
A Professional Association
100 North Tampa Street, Suite 2000
Post Office Box 3390
Tampa, Florida  33601-3390
Telephone:  (813) 223-4253
Telecopier:  (813) 221-4752

Attorneys for Defendants Heavy Transport, LLC and Robert Renfro

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the foregoing has been furnished to e-mail attachment to Logan Young, Esquire, Dan Newlin Injury Attorneys, 7335 West Sand Lake Road, Suite 300, Orlando, FL 32819, Logan.Young@newlinlaw.com and Logan.Pleadings@newlinglaw.com (Counsel for Plaintiff), this 16th day of March, 2023

/s/ Madison M. Miller
ROBERT L. BLANK, B.C.S.
Florida Bar No. 0948497
E-mail: rblanksecy@rumberger.com (primary) and
docketingtpa@rumberger.com (secondary)
MADISON M. MILLER, ESQ.
Florida Bar No. 1024812
E-mail: mmiller@rumberger.com (primary) and mmillersecy@rumberger.com (secondary)
RUMBERGER, KIRK & CALDWELL
A Professional Association
100 North Tampa Street, Suite 2000
Post Office Box 3390
Tampa, Florida 33601-3390
Telephone: (813) 223-4253
Telecopier: (813) 221-4752

Attorneys for Defendants Heavy Transport, LLC and Robert Renfro

17694637.v1